# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145433

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 145433
COA: 307480
Wayne CC: 01-003031-01

JUAN WALKER,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 21, 2012 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall pay particular attention to the defendant's contention that his trial counsel was ineffective for failing to inform him of the prosecutor's September 26, 2001 offer of a plea bargain to second-degree murder and a sentence agreement of 25 to 50 years. The prosecutor is to address whether the defendant is entitled to relief under *Missouri v Frye,* 566 US ___; 132 S Ct 1399; 182 L Ed 2d 379 (2012).

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2013

_____
Clerk

s0130